SMITH, AUDITOR OF MARION COUNTY, *v.* STATE, EX REL. LEWIS ET AL.

[No. 19,901.   Filed June 27, 1902.]

From Marion Circuit Court; *H. C. Allen,* Judge.

Mandamus by State on relation of Martha Lewis and others against Harry B. Smith, auditor. From a judgment for relators, respondent appeals. *Affirmed.*

*R. O. Hawkins* and *H. E. Smith,* for appellant.

*W. L. Taylor,* Attorney-General, *Merrill Moores, C. C. Hadley* and *W. B. Schwartz,* for appellees.

GILLETT, J.—This is the second appeal of this cause. Upon the first appeal (*State, ex rel., v. Smith,* 158 Ind. 543), the essential questions on this appeal were determined against the appellant herein. On the authority of the decision rendered in said former appeal, the judgment of the court below, from which this appeal is prosecuted, is affirmed.

Dowling, C. J., and Monks, J., dissent.